**Bobby Joe WILSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66916.**

Missouri Court of Appeals,
Western District.

May 29, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 31, 2007.

Application for Transfer Denied
Sept. 25, 2007.

S. Kathleen Webber, Assistant Appellate
Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, for respondent.

Before SMART, P.J., and ELLIS and
EDWIN H. SMITH, JJ.

### Order

PER CURIAM.

Bobby Joe Wilson appeals the motion
court's order overruling, after an evidentiary hearing, his Rule 29.15 motion for
post-conviction relief, alleging ineffective
assistance of appellate counsel, seeking to
set aside and vacate his convictions of
stealing by deceit, in violation of § 570.030,
and burglary in the first degree, in violation of § 569.160. As to stealing, the State
charged that on or about November 17,
1998, he appropriated, by deceit, from
Georgia Bowman, U.S. currency of at least
$750, in that he falsely represented to her
that he exterminated her residence of silverfish. As to burglary, the State charged
that on or about November 17, 1998, he
knowingly entered unlawfully the residence of Bowman for the purpose of committing the offense of stealing by deceit.
As a result of his convictions, the appellant
was sentenced to concurrent prison terms
in the Missouri Department of Corrections
of twenty and thirty years respectively.

The appellant raises one point on appeal.
He claims that the motion court clearly
erred in overruling his Rule 29.15 motion,
after an evidentiary hearing, alleging ineffective assistance of appellate counsel, because, in his motion, he alleged facts, not
conclusions, which conclusively established
that he received ineffective assistance of
counsel due to his appellate counsel's failure to claim on direct appeal that the trial
court erred in overruling the appellant's
objection that the State's rebuttal closing
argument:

Folks, Georgia Bowman, you don't spray
into a louvered vent on the side of the
house to kill silverfish. Everybody
knows that if you've got silverfish and
you need to kill them, you use bombs or
you use dust and if you use bombs,
you've got to seal it up for awhile[,]

was outside the record in that there was
no evidence in the record from which the
jury could have reasonably inferred that
the only way to kill silverfish was in the
fashion argued by the State.

We affirm pursuant to Rule 84.16(b).